UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| August Technology Corporation | Civil No. 05-1396 (MJD/FLN) |
| | Civil No. 11-3707 (MJD/TNL) |
| Plaintiff, | |
| v. | |
| | **ORDER OF RECUSAL** |
| Camtek, Ltd., | |
| Defendant. | |

The above-captioned cases have been assigned to the undersigned, a Judge of the above Court.  Following appeal of this Court's judgment in Civil No. 05-1396, the Federal Circuit Court of Appeals has remanded that case for further proceedings.   In addition, in Civil No. 05-1396, this Court recently found Defendant Camtek in contempt, and ordered Camtek to pay a substantial monetary sanction as a result.  Going forward, the undersigned believes he can no longer be fair and impartial.  Accordingly, pursuant to Title 28, United States Code, Section 455, the undersigned recuses himself from hearing these matters.

Accordingly, **IT IS ORDERED** pursuant to this Court's Assignment of Cases Order dated December 19, 2008, the above-captioned actions shall be resubmitted to the Clerk of Court for reassignment.

IT IS FURTHER ORDERED that the Clerk is further directed to void and reuse two cards on the Patent Case List in the automated case assignment system.

DATED:   April 10, 2012             s/ Michael J. Davis
                                     MICHAEL J. DAVIS
                                     Chief Judge
                                     United States District Court